UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 08-20023-CR-MARTINEZ**

UNITED STATES OF AMERICA,

vs.

MICHAEL TYRONE MOBLEY,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE PALERMO'S REPORT AND RECOMMENDATION

THE MATTER was referred to the Honorable Peter R. Palermo, United States Magistrate Judge, for a Report and Recommendation as to the appropriateness of Defense Counsel's CJA Voucher for Attorney's Fees. Magistrate Judge Palermo filed a Report and Recommendation **(D.E. No. 94)**, recommending that counsel, Mr. Thomas W. Risavy, Esq.("Counsel"), be awarded the statutory maximum of $7,000.00 rather than the full $9,330.00 which he seeks. Counsel has filed objections to this Report and Recommendation. The Court has made a *de novo* review of the issues that the objections to Magistrate Judge Palermo's Report and Recommendation present and after careful consideration, the Court adopts this Report and Recommendation.

Pursuant to 18 U.S.C. § 3006A(d)(3), the maximum amount of fees a CJA attorney may recover is $7,000 absent a finding that the representation was extended or complex. In his objections, Counsel argues that he is entitled to receive more than the statutory maximum because this matter "became complex as the case proceeded through trial and sentencing." (D.E. No. 95). This Court disagrees. A case is complex under 18 U.S.C. 3006A(d)(3) where the "legal or factual issues in a case are unusual, thus requiring the expenditure of more time, skill and

effort by the lawyer than would normally be required in an average case." Guidelines for the Administration of the Criminal Justice Act and Related Statutes, Vol. 7, Guide to Judiciary Policies and Procedures, Sec. A, Ch. 2, Part C § 2.22B(3). Here, neither the legal nor the factual issues in the case were unusual. The Court does not question Counsel's requested fees and finds no reason to dispute their reasonableness. However, this case was neither complex or extended. Therefore, it is

ADJUDGED that United States Magistrate Judge Palermo's Report and Recommendation **(D.E. No. 94)** is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that

Counsel shall be awarded $7,000.00, the statutory maximum, as fair and final compensation for his work on this case.

DONE AND ORDERED in Chambers at Miami, Florida, this 6 day of November, 2008.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Palermo
All Counsel of Record
Lucy Lara, CJA administrator

-2-